**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01552-AP

PATRICIA DAHL,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

### 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:

JOSEPH A. WHITCOMB
Rocky Mountain Disability Group
1391 Speer Blvd, Suite 705
Denver, CO 80204
Telephone: (303) 534-1958
Facsimile: (303) 534-1949
joe@rmdlg.com

<u>For Defendant</u>:

JOHN F. WALSH
United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney

M. THAYNE WARNER
Social Security Administration-Denver
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7237
Facsimile: (303) 844-0770
Thayne.warner@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A.  **Date Complaint Was Filed:** June 15, 2012
B.  **Date Complaint Was Served on U.S. Attorney's Office:** June 20, 2012
C.  **Date Answer and Administrative Record Were Filed:** August 20, 2012

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

At this time, the Administrative Record appears to be complete and accurate; the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

## 7. OTHER MATTERS

The parties are not aware of any other matters at this time.

## 8. BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

A.  **Plaintiff's Opening Brief Due:** October 22, 2012
B.  **Defendant's Response Brief Due:** November 21, 2012
C.  **Plaintiff's Reply Brief (If Any) Due:** December 6, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A.  **Plaintiff's Statement:**
    Plaintiff does not request oral argument.

B.  **Defendant's Statement:**
    Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 10th day of September, 2012.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| | JOHN F. WALSH<br>United States Attorney<br>District of Colorado |
| s/ *Joseph A. Whitcomb*<br>JOSEPH A. WHITCOMB<br>Rocky Mountain Disability Group<br>1391 Speer Blvd, Suite 705<br>Denver, CO 80204<br>Telephone: (303) 534-1958<br>Facsimile: (303) 534-1949<br>joe@rmdlg.com | WILLIAM G. PHARO<br>Assistant United States Attorney |
| | s/ *M. Thayne Warner*<br>M. THAYNE WARNER<br>Social Security Administration-<br>Denver<br>Office of General Counsel<br>1001 17th Street<br>Denver, CO 80202<br>Telephone: (303) 844-7237<br>Facsimile: (303) 454-0770<br>thayne.warner@ssa.gov |
| Attorney for Plaintiff | Attorneys for Defendant |