**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01552-AP

PATRICIA DAHL,

     Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security

     Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

JOSEPH A. WHITCOMB
Rocky Mountain Disability Group
1391 Speer Blvd, Suite 705
Denver, CO 80204
Telephone: (303) 534-1958
Facsimile: (303) 534-1949
joe@rmdlg.com

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney

M. THAYNE WARNER
Social Security Administration-Denver
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7237
Facsimile: (303) 844-0770
Thayne.warner@ssa.gov

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.**     **Date Complaint Was Filed:**  June 15, 2012
**B.**     **Date Complaint  Was Served on U.S. Attorney's Office:**  June 20, 2012
**C.**     **Date Answer and Administrative Record Were Filed:**  August 20, 2012

## 4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

At this time, the Administrative Record appears to be complete and accurate; the parties will fully ascertain the completeness of the record upon the drafting and completion of their respective briefs.

## 5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

## 7.  OTHER MATTERS

The parties are not aware of any other matters at this time.

## 8.  BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

**A.**     **Plaintiff's Opening Brief Due:**  October 22, 2012
**B.**     **Defendant's  Response Brief Due:**  November 21, 2012
**C.**     **Plaintiff's  Reply Brief (If Any) Due:**  December 6, 2012

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

**A.**     **Plaintiff's Statement:**
            Plaintiff does not request oral argument.

**B.**     **Defendant's Statement:**
            Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.      ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.      (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 10th day of September, 2012.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ *Joseph A. Whitcomb*
JOSEPH A. WHITCOMB
Rocky Mountain Disability Group
1391 Speer Blvd, Suite 705
Denver, CO 80204
Telephone: (303) 534-1958
Facsimile: (303) 534-1949
joe@rmdlg.com

Attorney for Plaintiff

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney

s/ *M. Thayne Warner*
M. THAYNE WARNER
Social Security Administration-
Denver
Office of General Counsel
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7237
Facsimile: (303) 454-0770
thayne.warner@ssa.gov

Attorneys for Defendant