**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01552-PAB

PATRICIA DAHL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 20] of Judge Philip A. Brimmer entered on March 12, 2014, it is

**ORDERED** that the decision of the Commissioner of Social Security that plaintiff was not disabled is reversed and remanded. It is

**FURTHER ORDERED** that judgment is hereby entered in favor of the plaintiff and against the defendant. It is

**FURTHER ORDERED** that plaintiff PATRICIA DAHL, is **AWARDED** her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

# HEADER">
Case 1:12-cv-01552-PAB   Document 21   Filed 03/14/14   USDC Colorado   Page 2 of 2

Dated at Denver, Colorado this 14th day of March, 2014.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                            s/ Kathy Preuitt-Parks

                                        Kathy Preuitt-Parks
                                        Deputy Clerk